**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| IN RE:   Anthony Lee Darcus | |
| *Debtor* | **CONSENT ORDER** |
| ANTHONY LEE DARCUS | |
| *Plaintiff* | Case number: 14-50337 |
| v. | |
| | Adversary Proceeding No.: 14-05022 |
| AUGUSTA MEDICAL CENTER | |
| AND | |
| AUGUSTA HEALTH CARE, INC. | |
| *Defendant* | |

THIS CAUSE came upon papers previously filed; upon Debtor's motion to return garnished employment income as a preference pursuant to 11 U.S.C. §522(h), 11 U.S.C. §547 and 11 U.S.C. §550; upon proper service of said motion upon the Defendant; upon Defendant's Response; and upon documentary evidence submitted to the Court;

UPON CONSIDERATION WHEREOF, and by agreement of the parties, it appearing proper to the Court, it is accordingly ORDERED that the Debtors' Motion to Avoid and Release Deed of Trustee held by the Defendant is hereby withdrawn and dismissed with prejudice.

Entered:   10/15/14

*/s/ Rebecca B Connelly*
JUDGE

I ASK FOR THIS:

/s/ David L. Meeks
David L. Meeks, Esq.
Counsel for Debtor/Plaintiff

SEEN AND AGREED

/s/ Neal L. Walters
Neal L. Walters, Esquire
Counsel for Defendant